IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA ANDERSON, | : | Civil No. 1:23-CV-2021 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Bloom) |
| MATTHEW BATTERSBY, | : | |
| Defendant. | : | |

ORDER

AND NOW, this 22nd day of July 2024, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT Matthew Battersby ("Battersby")'s motion to partially dismiss Lisa Anderson ("Anderson")'s complaint (Doc. 8) is GRANTED IN PART and DENIED IN PART as follows:

1. Battersby's motion is GRANTED as to Anderson's breach of contract claim, and this claim is DISMISSED WITH PREJUDICE;

2. Battersby's motion is GRANTED as to the portion of Anderson's breach of fiduciary duty claim that is premised on Battersby's alleged failure to seek economic damages during the divorce

proceeding, and this portion of Anderson's claim is DISMISSED WITH PREJUDICE;

3. Battersby's motion is DENIED as to Anderson's negligent misrepresentation claim;

4. Battersby's motion is DENIED as to the portion of Anderson's breach of fiduciary duty claim that is premised on 1) Battersby's alleged representation that Anderson's claims were being properly pursued and 2) Battersby's alleged withdrawal from representation before the divorce proceeding ended; and

5. In light of the foregoing, Battersby SHALL FILE an answer to the complaint within 21 days of the date of this Order.

*s/ Daryl F. Bloom*  
Daryl F. Bloom  
United States Magistrate Judge